FILED

NOT FOR PUBLICATION

JUL 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>S. COOK, Captain; M. GARATE, Sergeant; R. MCKEAN, C/O; C. ADAMS, Lieutenant; R. JOHNSON; J. HARRISON; P. STATTI; D. SHAVER; A. NERGENAH; N. MCCLURE; VANDERVILLE; J. GILLAM; S. BABBICH; T. BARTOS; JACKSON; D. MORTON,<br><br>Defendants - Appellees. | No. 11-16929<br><br>D.C. No. 2:03-cv-01605-KJM-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

The Stipulated Motion to Recall the Mandate to Correct Error is

GRANTED. The mandate is recalled. The memorandum disposition shall be

amended as follows:

At page 4, in the second line of the first full paragraph, replace "James" with "Johnson."

Following amendment, the mandate shall issue forthwith.